UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO CESAR CHAVEZ BARRETO,<br>  AKA: Steve Arreola Williams,<br><br>    Defendant. | Criminal Case No. 07cr3376-L<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1544 –<br>Misuse of Passport (Felony) |

The United States Attorney charges:

**Count 1**

On or about November 15, 2007, within the Southern District of California, defendant JULIO CESAR CHAVEZ-BARRETO, did willfully and knowingly use passport No. 500616998, issued under the authority of the United States, to Steve Arreola Williams, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: 12/13/07

KAREN P. HEWITT
UNITED STATES ATTORNEY

/s/ W. DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf
12/4/07