AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JULIO CESAR CHAVEZ BARRETO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3376-L

I, JULIO CESAR CHAVEZ BARRETO, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12|13 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Julio Cesar Chavez B.*
JULIO CESAR CHAVEZ BARRETO
Defendant

JOHN C. LEMON, Esq.
Counsel for Defendant

Before _____
JUDICIAL OFFICER