U.S.A. vs **Julio Cesar Chavez Barreto**    No. **07cr3376-L**

The Court finds excludable delay, under the section indicated by check (✓),
commenced on _____ and ended on _____ ;( )
**12-27-07** and ended on **3-17-08** .( )

**3161(h)**

___ (1)(A)    Exam or hrg for **mental or physical incapacity**    A
___ (1)(B)    **NARA exam**ination (28:2902)    B
___ (1)(D)    State or Federal trials or **other charges pending**    C
___ (1)(E)    **Interlocutory appeals**    D
___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)    E
___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)    F
___ (1)(J)    **Proceedings under advisement** not to exceed thirty days    G
___          Misc proc: Parole or prob rev, deportation, **extradition**    H
___ (1)(H)    **Transportation** from another district or to/from examination or hospitalization in ten days or less    6
**X** (1)(I)    Consideration by Court of **proposed plea agreement**    (7)
___ (2)        **Prosecution deferred** by mutual agreement    I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**    M
___ (4)        Period of **mental or physical incompetence** of defendant to stand trial    N
___ (5)        Period of **NARA commitment or treatment**    O
___ (6)        **Superseding indictment and/or new charges**    P
___ (7)        **Defendant awaiting trial of co-defendant** when no severance has been granted    R
___ (8)(A)(B)  **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance    T
___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.
               (Continuance - miscarriage of justice)    (T1)
**X**          2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted.
               (Continuance - tendered a guilty plea)
___ (8)(B)(ii)  2) **Case** unusual or **complex**    T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days    T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare
               (Continuance re counsel)    T4
___ 3161(I)    Time up to **withdrawal of guilty plea**    U
___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days    W

Date **12/27/07**    _____
                     Judge's Initials